Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
## Eastern District of North Carolina

**FILED**
APR 1 2021
STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

In re    Andres and Jane Quintana

                                 Debtor

Address    15204 Barrie Drive
               Austin, TX 78734

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): _____

Employer's Tax Identification (EIN) No(s).(if any): _____

Case No.
20-2391-5-SWH
AP N0: 20-00110-5-SWH

Chapter
7

## NOTICE OF MOTION TO COMPROMISE
*Adversary Proceeding*

Robert and Nancy Henry have files papers with the court to compromise

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant relief sought in motion, or if you want the court to consider your views on the motion, then on or before April 19, 2021, you or your attorney must:

    File with the court a written response explaining your position at:

        US Bankruptcy Court, Eastern District of North Carolina
        P.O. Box 791
        Raleigh, NC 27602

**If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.**

**You must also send a copy to the following three (3) addresses:**

Andres and Jane Quintana             Robert and Nancy Henry
15204 Barrie Drive                         70 Limestone Drive
Austin, TX 78734                          Franklinton, NC 27525

        United States Bankruptcy Court Trustee
        Richard Dewitte Sparkman
        Rochard D. Sparkman, P.A.
        P.O. Box 1687
        Angier, NC 27501-1687

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 3/28/21

Signature: *Nancy C Henry*
Name: Nancy C. Henry
Address: 70 Limestone Dr.
Franklinton, NC 27525

We, Andres and Jane Quintana, agree to a compromise settlement of the amount owed to Robert and Nancy Henry. We have agreed to the following conditions:

Original amount of debt is under $6,000 and the compromise amount will be the amount of $3,506.00 ($3,000 Due Diligence and $506 in collection costs) associated with the mutually terminated sale of 1096 Silverleaf Dr, Youngsville, NC. In January/February 2020.

Payments of $100 per month will commence on May 15th, 2021 until $3,506 is paid in full.

Payments will be made through Venmo and will be arranged between Nancy Henry and Jane Quintana prior to May 15th.

_____    3/28/21
Nancy Henry                          Date
70 Limestone Dr., Franklinton, NC 27525

_____    3/28/2021
Robert Henry                         Date
70 Limestone Dr., Franklinton, NC 27525

_____    3/26/2021
Andres Quintana                      Date
15204 Barrie Dr., Austin, TX 78734

_____    3/26/2021
Jane Quintana                        Date
15204 Barrie Dr., Austin, TX 78734

# CERTIFICATE OF SERVICE    AP 20-00110-5-SWH

20-02391-5 SWH

I, __Nancy C. Henry__, certify that service of this
        (Name)

Motion to Compromise Adversary Proceeding was made on __March 29, 2021__ by:

[✓] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____
as follows: [Describe briefly]                                                         (Name of State)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

__3/29/21__                                __Nancy C. Henry__
        Date                                      Signature:

Print Name: __Nancy C. Henry__

Business Address: __70 Limestone Dr__

City: __Franklinton__    State: __NC__    Zip Code: __27525__

**20-02391-5-SWH** Andres Quintana and Jane Quintana
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Stephani W. Humrickhouse
**Date filed:** 07/01/2020 **Date of last filing:** 01/29/2021
**Debtor discharged:** 11/30/2020 **Joint debtor discharged:** 11/30/2020

# Creditors    *creditors served:*

**American Express**
Attn: Managing Agent/Bankruptcy          (6278420)
Post Office Box 981535                    (cr)
El Paso, TX 79998-1535

**Ameris Bank**
Attn: Managing Agent/Bankruptcy          (6278432)
605 W. Highway 80                         (cr)
Pooler, GA 31322

**Austin Business Finance, LLC**
400 W. 15th Street, Suite 1405           (6310938)
Austin, TX 78701                          (cr)

**BancLease Acceptance Corp.**
Attn: Managing Agent/Bankruptcy          (6278421)
8221 Tristar Drive                        (cr)
Irving, TX 75063

**Bank of America**
Attn: Managing Agent/Bankruptcy          (6278422)
Post Office Box 982238                    (cr)
El Paso, TX 79998

**BB&T**
Attn: Managing Agent / Bankruptcy        (6284346)
Post Office Box 1847                      (cr)
Wilson, NC 27894-1847

**Best Buy/CBNA**
Attn: Managing Agent/Bankruptcy          (6278423)
50 Northwest Point Road                   (cr)
Elk Grove Village, IL 60007

**Branch Banking & Trust Co.**
Attn: Managing Agent/Bankruptcy          (6278424)
Post Office Box 1847                      (cr)
Wilson, NC 27894-1847

**Capital One**
Attn: Managing Agent/Bankruptcy          (6278425)
Post Office Box 30285                     (cr)
Salt Lake City, UT 84130-0285

**Citi**
Attn: Managing Agent/Bankruptcy
PO Box 6403
Sioux Falls, SD 57117-6500

(6278426)
(cr)

**Coastal Federal Credit Union**
Attn: Managing Agent
PO Box 58429
Raleigh, NC 27658

(6278427)
(cr)

**Comenity Bank/Pier 1 Imports**
Attn: Managing Agent/Bankruptcy
PO Box 659617
San Antonio, TX 78265-9617

(6278428)
(cr)

**Comenity Bank/Wayfair**
Attn: Managing Agent/Bankruptcy
Post Office Box 182789
Columbus, OH 43218

(6278429)
(cr)

**Discover Bank Discover Products Inc**
Attn: Managing Agent/Bankruptcy
Post Office Box 3025
New Albany, OH 43054

(6278430)
(cr)

**Fed Loan Services**
Attn: Managing Agent/Bankruptcy
PO Box 69184
Harrisburg, PA 17106-9184

(6278431)
(cr)

**Forrest Firm**
Brian C. Burnhardt
521 East Morehead Street Suite 405
Charlotte, NC 28202

(6278433)
(cr)

**GetBackd**
Attn: Managing Agent/Bankruptcy
2101 S IH 35 Frontage Rd Suite 400
Austin, TX 78741

(6278434)
(cr)

**Green Capital**
Attn: Managing agent
1 Evertrust Plaza, 14th Floor
Jersey City, NJ 07302

(6278435)
(cr)

**Hanmi Bank**
Attn: Managing Agent/Bankruptcy
2010 Main Street Suite 590
Irvine, CA 92614

(6278436)
(cr)

**Henry and Nancy Robert**
70 Limestone Dr.
Franklinton, NC 27525

(6278437)
(cr)

**Internal Revenue Service**
Centralized Insolvency Operations (6278438)
P. O. Box 7346 (cr)
Philadelphia, PA 19101-7346

**iQ Eyeware, LLC**
1936 Heritage Branch Road (6278439)
Suite 200 (cr)
Wake Forest, NC 27587

**Jane Quintana DMD PA**
1936 Heritage Branch Road (6278440)
Suite 200 (cr)
Wake Forest, NC 27587

**JPMCB**
Attn: Managing Agent/Bankruptcy (6278441)
PO Box 15298 (cr)
Wilmington, DE 19850

**Kash Capital**
Attn: Managing Agent/Bankruptcy (6278442)
475 Northern Boulevard FL 3 Ste 36 (cr)
Great Neck, NY 11021

**Kohl's/Capital One**
Attn: Managing Agent/Bankruptcy (6278443)
PO Box 3043 (cr)
Milwaukee, WI 53201-3043

**Light Source Holdings, LLC**
1936 Heritage Branch Road (6278444)
Suite 200 (cr)
Wake Forest, NC 27587

**LoanMe, Inc.**
Attn: Managing agent (6278445)
1900 S State College Blvd Suite 300 (cr)
Anaheim, CA 92806

**Lomberto Borges**
617 1st Avenue (6284347)
Elizabethport, NJ 07206 (cr)

**Midland States Bank**
Attn: Managing Officer (6278446)
1201 Network Centre Drive (cr)
Effingham, IL 62401

**NC Department of Revenue**
Office Serv. Div., Bankruptcy Unit (6278447)
Post Office Box 1168 (cr)
Raleigh., NC 27602-1168

**Nelnet/US Department of Education**
Attn: Managing Agent/Bankruptcy
121 S 13th Street, Suite 201
Lincoln, NE 68508

(6278448)
(cr)

**Nelson Mullins Riley & Scarborough**
Attn: Managing Agent/Bankruptcy
4140 Parklake Avenue, Suite 200
Raleigh, NC 27612

(6278449)
(cr)

**Oak City Dental Management**
6135 Park South Drive
Suite 510
Charlotte, NC 28210

(6278451)
(cr)

**Oak City Dental Management**
2894 Rogers Road, Suite 200
Wake Forest, NC 27587

(6278450)
(cr)

**On Deck Capital, Inc.**
Attn: Managing Agent/Bankruptcy
101 West Colfax Avenue, 10th Floor
Denver, CO 80202

(6278452)
(cr)

**Prosper Marketplace**
Attn: Managing Agent/Bankruptcy
221 Main Street Suite 300
San Francisco, CA 94105

(6278453)
(cr)

**PW Funding, LLC**
Attn: Managing Agent/Bankruptcy
3300 Highlands Parkway SE
Smyrna, GA 30082

(6278454)
(cr)

**Russo & Toner LLP**
33 Whitehall Street
New York, NY 10004

(6278455)
(cr)

**SYNCB/Ashley Furniture Store**
Attn: Managing Agent/Bankruptcy
PO Box 960061
Orlando, FL 32896

(6278456)
(cr)

**TD Bank USA/Target Card**
Attn: Managing Agent/Bankruptcy
PO Box 673
Minneapolis, MN 55440

(6278457)
(cr)

**TIAA Commercial Finance, Inc.**
Attn: Managing Agent/Bankruptcy
10 Waterview Boulevard 2nd Floor
Parsippany, NJ 07054

(6278458)
(cr)

**United Wholesale Mortgage**
Attn: Managing Agent/Bankruptcy      (6278459)
Post Office Box 77423                (cr)
Ewing, NJ 08628

**Wells Fargo Business BKG Support Gr**
Attn: Managing Agent/Bankruptcy      (6278460)
Post Office Box 202902               (cr)
Dallas, TX 75320

**Wong Fleming**
Attn: Managing Agent/Bankruptcy      (6278461)
3100 Cumberland Boulevard Ste 1460   (cr)
Atlanta, GA 30339